UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

JAGJEET S. BAINS,                    :

            Plaintiff,        :

    - against -                     :

THE CITY OF NEW YORK and             :
SCOTT O'NEILL,
                             :
           Defendants.
                             :
- - - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/08

**ORDER**

08 Civ. 1831 (DC)

**CHIN, D.J.**

       Plaintiff commenced this action on February 25, 2008 by filing a complaint, at which time a summons was issued. More than 120 days have elapsed since the action was commenced, and plaintiff has failed to file an affidavit of service with the Court attesting to service of the summons and complaint on the defendants. Accordingly, this action will be dismissed without prejudice unless plaintiff, within thirty days from the date of this order, that is, on or before August 14, 2008 either (1) files proof of service with the Clerk of the Court, or (2) shows cause in writing why a further extension of the time limit for service is warranted. See Fed. R. Civ. P. 4(m).

       SO ORDERED.

Dated:    New York, New York
           July 15, 2008

                                     DENNY CHIN
                                     United States District Judge